TODD M. LEVENTHAL, ESQ.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

ERIC GOODALL

              Defendant.

CASE NO.: 2:14-MJ-00748-VCF

**DEFENDANT GOODALL JOINDER TO MOTION TO CONTINUE #32**

Defendant ERIC GOODALL by and through his counsel, Todd M. Leventhal, ESQ, moves this Honorable Court, to join Defendant PHILLIP VAUGHNS' motion to Continue, Docket 32.

    1. Parties are actively engaged in plea discussions which may alleviate the need for trial in this matter.

    For these reasons we respectfully move to join Defendant Vaughn's motion to Continue the preliminary hearing date and time and request the same be continued to date and time convenient to the court

//
//
//
//

RESPECTFULLY SUBMITTED this 17th day of December 2014.

      BY  /s/ Todd M. Leventhal

TODD M LEVENTHAL, ESQ
626 S. Third Street
Las Vegas, NV 89101
Attorney for Defendant:

IT IS HEREBY ORDERED THAT Defendant Goodall's Joinder (#33) is GRANTED.

IT IS FURTHER ORDERED THAT the preliminary hearing in the above-captioned matter currently scheduled for December 18, 2014 at 4:00 p.m. is VACATED and continued to 4:00 p.m., January 16, 2015, in courtroom 3D.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ 12-18-2014 _____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing was served on the 17th day of December, 2014, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

                                                                               **BY**  /s/ Carmen D. Martinez
                                                                                Assistant to Todd M. Leventhal